**JOHN R. DUREE, JR., INC.**
**A Professional Corporation**
Attorney at Law - SBN 65684
428 J Street, Suite 352
Sacramento, CA 95814
Telephone: (916) 441-0562

Attorney for Defendant
CHARLES JAMISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CHARLES JAMISON, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:11-cr-0028 LKK <br><br> **APPLICATION AND [PROPOSED] ORDER TO POSTPONE TURN/IN DATE** |

Defendant, Charles Jamison, hereby makes application to the Court for an order extending the time for his to self-surrender to the Bureau of Prisons facility at Sheridan, Oregon. The current date scheduled for surrender is June 8, 2011 at 2:00 p.m. Mr. Jamison is requesting a surrender date of June 10, 2011 at 5:00 p.m.

Mr. Jamison and the undersigned were first notified this morning that Mr. Jamison's turn-in facility was Sheridan, which is located in Oregon.

The undersigned has spoken with AUSA Dominique Thomas who advised that she doe not object to the requested extension.

Accordingly, it is requested that the self-surrender date be extended to June 10, 2011 at 5:00 pm. All other conditions of release are to remain the same.

Respectfully submitted,

Dated: June 7, 2011         /s/ John R. Duree, Jr.
                            JOHN R. DUREE, JR.
                            Attorney for Defendant
                            CHARLES JAMISON

-1-

**ORDER**

Based upon the foregoing application and good cause appearing, the Court grants the defendant's request that the self-surrender date currently set for June 8, 2011, be extended to June 10, 2011. All other conditions are to remain the same.

**IT IS SO ORDERED.**

Dated: June 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge